DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES EARL CHAMBERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3126

[March 17, 2022]

Appeal of order denying rule 3.850 from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 56-2014-CF-001606 A.

James Earl Chambers, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***